### HARDEN v. LOUISVILLE & NASHVILLE R. R. CO.
(Decided April 18, 1916.)

APPEAL from Cullman Circuit Court.

Heard before Hon. R. C. BRICKELL.

No counsel marked for appellant. GEORGE H. PARKER, and EYSTER & EYSTER, for appellee.

Per curiam. Appeal dismissed on motion of appellee.

---

### MATHIS v. MEADOWS.
(Decided April 20, 1916.)

APPEAL from Russell Chancery Court.

Heard before Hon. W. R. CHAPMAN.

GLENN & DE GRAFFENRIED, for appellant. J. D. NORMAN, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

### MONTGOMERY LIGHT & WATER POWER CO. v. NEW FARLEY NATIONAL BANK.
(Decided May 11, 1916.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

STEINER, CRUM & WEIL, for appellant. RUSHTON, WILLIAMS & CRENSHAW, for appellee.

Per curiam. Appeal dismissed by appellant.

---

### RAY v. CARBON HILL BANKING COMPANY.
(Decided April 20, 1916.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel for appellant. BANKHEAD & BANKHEAD, for appellee.

Per curiam. Appeal dismissed.